IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JET LINX AVIATION, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>CERIUM TECHNOLOGY VENTURES, LLC, a Texas limited liability company;<br><br>Defendant. | 8:24CV433<br><br>ORDER |

Pursuant to the Court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendant and Defendant has not voluntarily appeared.

Accordingly,

IT IS ORDERED that Plaintiff shall have until March 31, 2025 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 3rd day of March, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

1